UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AMERA MORTGAGE CORPORATION,          Chapter 7
                                                                     Case No. 14-59192-MBM
      Debtor.                                                  Hon. Marci B. McIvor
_____/

**MOTION FOR ENTRY OF ORDER AUTHORIZING
SALE OF PERSONAL PROPERTY AT AUCTION**

      The Chapter 7 Trustee Charles L. Wells, III ("Trustee"), by and through his counsel Gold, Lange, & Majoros, P.C., requests the Court to enter an Order Authorizing Sale of Personal Property at Auction pursuant to E.D. Mich. LBR 6004-1(a) and 11 U.S.C. §§ 363(b) & 363(f). (See Exhibit 1).

      IN SUPPORT of the Motion, the Trustee states as follows:

**Jurisdiction**

      1.     The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157(a) and 1334(b).

      2.     This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(1) and 157(b)(2)(B) and brought pursuant to E.D. Mich. LBR 9014-1.

**Facts**

      3.     On December 15, 2014, Amera Mortgage Corporation (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code.

      4.     Charles L. Wells, III is the duly appointed and acting Chapter 7 Trustee of the debtor's bankruptcy estate.

      5.     Prior to the petition date, the debtor owned and operated a mortgage origination business in Milford, Michigan.

6. The bankruptcy estate owns miscellaneous office furniture and equipment, including cabinets, chairs, desks, computer monitors, and keyboards ("the property").

**Argument**

7. The Trustee has a duty to sell the property pursuant to 11 U.S.C. § 704.

8. The Trustee intends to sell the property free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. §§ 363(b)(1) & 363(f). Other than possible personal property tax liens, the Trustee is unaware of any liens, claims or encumbrances against the property.

9. The Trustee seeks authority to sell the property by auction according to the terms set forth in the attached proposed order.

10. The Trustee intends to sell the property at an online auction scheduled for April 16, 2015 from 8:00 a.m. to 8:30 p.m. at www.repocast.com.

11. The Trustee believes that the auction sale of the property is in the best interest of creditors.

WHEREFORE, the Trustee prays that this court enter the attached proposed Order Authorizing Trustee to Sell Personal Property at Auction, and grant such other and further relief as this court deems just.

Respectfully submitted,

GOLD, LANGE & MAJOROS, P.C.

Dated: March 26, 2015
/s/ Elias T. Majoros
ELIAS T. MAJOROS (P41040)
Attorney for Trustee
24901 Northwestern Highway, Suite 444
Southfield, MI 48075
Phone: (248) 350-8220
Email: emajoros@glmpc.com

h:\glm other trustee\amera mortgage corporation (wells)\personal property\motion to sell personal property.pks.doc

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AMERA MORTGAGE CORPORATION,  Chapter 7
 Case No. 14-59192-MBM
    Debtor.  Hon. Marci B. McIvor
_____/

### ORDER AUTHORIZING TRUSTEE TO SELL LIQUOR LICENSE AT AUCTION

This matter came before the Court upon the Trustee's Motion for Authority to Sell Liquor License at Auction ("Motion"). Notice of the Motion was served on the matrix of creditors. No objections or responses were timely filed or served. The Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED as follows:

1. The Trustee's Motion is granted.

2. The Trustee is authorized to sell the bankruptcy estate's interest in all tangible personal property at auction free and clear of all liens, claims, security interests or encumbrances.

3. The proposed sale may be evidenced by delivery of a bill of sale.

4. The sale may be made without any contingencies.

5. The Trustee is authorized to execute any and all documents and agreements and do such things as may be necessary or appropriate to implement and effectuate the sale.

# EXHIBIT 1

6. This Order shall be binding upon and shall govern the acts of all entities, including, without limitation, all administrative agencies, governmental departments, secretaries of state, federal, state and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register or otherwise record the state of title in or to the liquor license.

7. This order may be recorded or filed with the Michigan Secretary of State's Office, and Uniform Commercial Code Units of the State of Michigan or any other state agency to evidence the sale, to transfer title, and the fact that all liens, and other security interests with respect to the personal property have been released and transferred to the proceeds.

8. All federal, state, and local governmental agencies or departments are ordered and directed to accept all filings necessary and appropriate to consummate the transactions contemplated by the offer including, without limitation, filings in the recording offices of the Secretary of State, State of Michigan or any other state in the United States.

9. Notwithstanding the provisions of Fed. R. Bankr. P. 6004(h) and Rule 62(a) of the Federal Rules of Civil Procedure, implementation of the sale and terms of this Order shall not be stayed for fourteen (14) days after the entry hereof, but shall be effective and enforceable immediately upon entry hereof.

Form B20A (Official Form 20A)
Revised 12/1/10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| AMERA MORTGAGE CORPORATION<br>d/b/a EXCHANGE FINANCIAL MORTGAGE<br>CORPORATION, d/b/a HERITAGE HOME LOANS,<br>INC., d/b/a THREE RIVERS FINANCIAL, d/b/a<br>HOME MORTGAGE LENDING, | Chapter 7<br>Case No. 14-59192-MBM<br>Hon. Marci B. McIvor |

     Debtor.
_____/
1050 Corporate Office Drive
Suite 250
Milford, MI 48381-3155
38-2467147

**NOTICE OF AND OPPORTUNITY TO RESPOND TO TRUSTEE'S
MOTION FOR AUTHORITY TO SELL PERSONEL PROPERTY AT AUCTION**

     Please take notice that Charles L. Wells, III, the Chapter 7 Trustee of the bankruptcy estate of Amera Mortgage Corporation, pursuant to E.D. Mich. LBR 6004-1(a) and 11 U.S.C. §§ 363(h) & 363(f) intends to sell personal property of the Debtor consisting of office furniture and equipment ("the property") at auction.

     The Trustee intends to sell the property at an online internet auction at www.repocast.com to be conducted by Repocast.com, Inc. The auction will take place on April 16, 2015 from 8:00 a.m. to 8:30 p.m.

     The property will be sold free and clear of all liens, claims or interests. The term of the auction sale are as follows: All funds must be in the form of cash, money order or certified check. The property will not be released to the buyer until the purchase price is paid in full and must be picked up within seven (7) days from the auction. A 10% buyer's premium will be added to the purchase price. All items will be sold: "as is," "where as" without any representation or to warranties OF ANY KINDOR NATURE, including, but not limited to, any warranty of merchantability.

     Inspection of the property may be made between 8:00 a.m. and 5:00 p.m. at the auctioneer's offices located at 2851 James P. Cole. Cole Blvd., Flint, Michigan at 8:00 a.m.

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

# EXHIBIT 2

If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, within 14 days of the date that this notice is served, you or your attorney must:

1. File with the court a written objection or request for hearing, explaining your position, at:[1]

   United States Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, Michigan 48226

   If you mail your objection or request for hearing to the court for filing, you must mail it early enough so that the court will **receive** it on or before the 14 day period expires. All attorneys are required to file pleadings electronically.

   You must also mail a copy to:

   Elias T. Majoros, Esq.
   Gold, Lange & Majoros, P.C.
   24901 Northwestern Highway, Suite 444
   Southfield, Michigan 48075

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

Respectfully submitted,

GOLD, LANGE & MAJOROS, P.C.

Dated: March 26, 2015
/s/ Elias T. Majoros
ELIAS T. MAJOROS (P41040)
Attorney for Trustee
24901 Northwestern Highway, Suite 444
Southfield, MI 48075
Phone: (248) 350-8220
Email: emajoros@glmpc.com

h:\glm other trustee\amera mortgage corporation (wells)\personal property\motion to sell personal property.pks.doc

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

AMERA MORTGAGE CORPORATION,            Chapter 7
                                                            Case No. 14-59192-MBM
          Debtor.                                     Hon. Marci B. McIvor
_____/

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 26, 2015, I electronically filed 1) Trustee's Motion for Entry of Order Authorizing Sale of Personal Property at Auction, 2) Notice of and Opportunity to Respond to Trustee's Motion for Entry of Order Authorizing Sale of Personal Property at Auction, and 3) Certificate of Service using the ECF system which will send notification of such filing to the following:

     Office of the U.S. Trustee                 Charles L. Wells, III, Esq.
     211 W. Fort Street, Suite 700           Chapter 7 Trustee
     Detroit, MI 48226                           903 N. Opdyke Road, Suite A2
                                                     Auburn Hills, MI 48326

     David E. Schwartz, Esq.
     Allard & Fish, P.C.
     535 Griswold St., Ste. 2600
     Detroit, MI 48226

       I also hereby certify that on March 26, 2015, I have mailed by First Class Mail with the United States Postal Service the 1) Trustee's Motion for Entry of Order Authorizing Sale of Personal Property at Auction, 2) Notice of and Opportunity to Respond to Trustee's Motion for Entry of Order Authorizing Sale of Personal Property at Auction, and 3) Certificate of Service to the following non-ECF participants:

     Andrew E. Meisner
     Oakland County Treasurer
     1200 North Telegraph
     Pontiac, MI 48341

# EXHIBIT 4

I also hereby certify that on March 26, 2015, I mailed by First Class Mail with the United States Postal Service the Notice of and Opportunity to Respond to Trustee's Motion for Entry of Order Authorizing Sale of Personal Property at Auction to the following non-ECF participants:

All parties listed on the court's official mailing matrix.

               GOLD, LANGE & MAJOROS, P.C.

               /s/ Elias T. Majoros
               ELIAS T. MAJOROS (P41040)
               Attorney for Trustee
               24901 Northwestern Highway, Suite 444
               Southfield, MI 48075
               Phone: (248) 350-8220
               Email: emajoros@glmpc.com

h:\glm other trustee\amera mortgage corporation (wells)\personal property\motion to sell personal property.pks.doc