UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
AMERA MORTGAGE CORPORATION,　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　Case No. 14-59192-TJT
　　　　　Debtor.　　　　　　　　　　　　Judge Thomas J. Tucker
_____/

### ORDER GRANTING COMPENSATION OF TRUSTEE
### UNDER 11 U.S.C. SECTION 326

This case is before the Court on the Final Report and Account of Trustee, and the Final Application for Compensation and Reimbursement of Expenses in the amounts of $34,071.50 and $95.00, of which $33,888.83 in fees and $95.00 in costs have already been paid. No timely objections were filed, and the Court is otherwise fully advised in the premises:

IT IS ORDERED that the Trustee, Charles L. Wells, III, is awarded full and final compensation, under 11 U.S.C. Section 326, in the amount of $34,071.50 and reimbursement for costs in the amount of $95.00, of which $33,888.83 in fees and $95.00 in costs have already been paid, leaving $182.67 to be paid under this Order.

**Signed on February 4, 2020**

　　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　　**Thomas J. Tucker**
　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**