UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – DETROIT

IN RE:

    AMERA MORTGAGE CORPORATION            Chapter 7
        Debtor.                                           Case No. 14-59192-TJT
_____/         Honorable Thomas J. Tucker

NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT**

      The payment being made electronically in the amount of $.96 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec 347(a) and FRBP 30110. The names and addresses of the parties entitled to the small dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amt of Dividend** |
|---|---|---|
| Mississippi Dept. of Revenue<br>Attn: Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | 1a | $.36 |
| Frontier Communications<br>Bankruptcy Dept.<br>19 John St.<br>Middletown, NY 10940 | 17 | $.60 |

Dated: February 12, 2020                     /s/Charles L. Wells, III
                                                  P.O. Box 208
                                                  Southfield, MI 48037
                                                  (248) 224-8691
                                                  Wellsassistant@gmail.com